**Order entered September 13, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00923-CR

### DEVON D. ALLEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-00628-U**

## NUNC PRO TUNC ORDER

We **REINSTATE** this appeal.

Before the Court is appellant's August 3, 2018 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief received by the Court on August 3 filed as of August 8, 2018.

/s/     CRAIG STODDART
        JUSTICE